UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:24-cr-00089-RLY-MJD |
| | ) | | |
| ANDREW ROBERT SMITH, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

**REPORT AND RECOMMENDATION**

On September 10, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 11, 2024.  Defendant Smith appeared in person with his appointed counsel Dominic Martin.  The government appeared by Jayson McGrath, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Brent Witter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.    The Court advised Defendant Smith of his rights and provided him with a copy of the petition.  Defendant Smith orally waived his right to a preliminary hearing.

2.    After being placed under oath, Defendant Smith admitted to violation numbers 1-6.  [Docket No.6 .]

3.    The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|

**1**     **"You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."**

On February 8, 2024, Mr. Smith submitted a urine sample that was confirmed positive for buprenorphine. Prior to the collection of the test, he admitted to using an expired buprenorphine prescription.

On May 28, 2024, Mr. Smith submitted a urine sample that returned positive for amphetamines, cannabinoids, and fentanyl. Prior to the collection of the test, he admitted to using fentanyl, heroin, and oxycodone.

**2**     **"You must not commit another federal, state or local crime."**

On July 5, 2024, Mr. Smith was arrested by the Kokomo (Indiana) Police Department and charged with Unlawful Possession of a Syringe (Felony), and Possession of a Controlled Substance (Misdemeanor). The charges remain pending in Howard County Superior Court and are filed under Case No.: 34D02-2407-F6-1620.

**3**     **"You must not unlawfully possess a controlled substance."**

On July 5, 2024, Mr. Smith unlawfully possessed buprenorphine.

On May 28, 2024, Mr. Smith admitted to unlawfully possessing fentanyl, heroin, and oxycodone.

On February 8, 2024, Mr. Smith admitted to unlawfully possessing buprenorphine.

**4**     **"You must participate in a program of sex offender mental health treatment at your own expense, as approved by the probation officer, until such time as you are discharged from treatment by the provider and as approved by the probation officer. You must comply with the policies and procedures of the treatment program. You must waive all rights to confidentiality regarding sex offender mental health treatment in order to allow release of information to the United States Probation Officer, and to authorize open communication between the probation officer and the treatment providers."**

On June 4, 2024, Mr. Smith was unsuccessfully terminated from the Hope and Recovery Sexual Treatment Program at Families United, Incorporated for excessive unexcused absences (May 14, 2024, May 28, 2024, and June 4, 2024).

5    **"Other than incidental contact, which is defined as contact occurring merely by chance or without intention or calculation, you must not associate and/or be alone with children under 18 years of age, nor shall you be at any residence where children under the age of 18 are residing, without the prior written approval of the probation officer. If you have any contact with any such minor not otherwise addressed in this condition, you must immediately leave the situation and notify the probation officer. This provision shall not apply to contact with your own minor children unless the court expressly so finds."**

On June 29, 2024, the probation officer became aware and verified Mr. Smith moved his girlfriend and her 16 year-old son into his residence. Mr. Smith failed to disclose this information to the probation officer, nor did he have permission to have contact with the minor.

6    **"After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed."**

On July 3, 2024, Mr. Smith failed to report to the probation officer as instructed.

4.    The parties stipulated that:

 (a)    The highest grade of violation is a Grade B violation.

 (b)    Defendant's criminal history category is IV.

 (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5.    The parties jointly recommended a sentence of 24 months.  Defendant requested placement at FCI-Butner and access to a drug treatment program.

 The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 24 months with no supervised release to follow.

The Magistrate Judge will make a recommendation of placement at FCI Butner and access to a drug treatment program.

The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/10/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system